(124 So. 394)

**Bill JAMES v. STATE.   (5 Div. 42.)**

Supreme Court of Alabama.   Oct. 31, 1929.

Paul J. Hooton, of Roanoke, for petitioner.
Charlie C. McCall, Atty. Gen., for the State.

FOSTER, J.   Petition of Bill James for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in James v. State, 124 So. 393.

Writ denied.

ANDERSON, C. J., and GARDNER and BOULDIN, JJ., concur.